UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILLIP JONES MILLER,<br><br>Plaintiff,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>Defendant. | Case No. 1:16-cv-08740<br><br>Honorable John J. Tharp, Jr. |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Phillip Jones Miller and the Defendant, GC Services Limited Partnership, through their respective counsel that the above-captioned action is dismissed, with prejudice, against the Defendant, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: December 28, 2016                              Respectfully Submitted,

**PHILLIP JONES MILLER**                              **GC SERVICES LIMITED PARTNERSHIP**

/s/ Nathan C. Volheim                                 /s/ Todd P. Stelter
Nathan C. Volheim                                     Todd P. Stelter
*Counsel for Plaintiff*                               *Counsel for GC Services Limited Partnership*
Sulaiman Law Group, LTD                               Hinshaw & Culbertson, LLP
900 Jorie Boulevard, Suite 150                        222 N. LaSalle Street, Suite 300
Oak Brook, Illinois 60523                             Chicago, IL 60601
Phone: (630) 575-8181                                 (312) 704-3966
nvolheim@sulaimanlaw.com                              tstelter@hinshawlaw.com